FILED'10 AUG 16 15:21 USDC-ORP

~~Exhibit A~~

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PENDLETON DIVISION

| | |
|---|---|
| W.E. DISTRIBUTE LLC, an Oregon limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GREAT BASIN, INC., an Idaho corporation,<br><br>Defendant. | Case No. 2:10-CV-559-SU |

## PERMANENT INJUNCTION ON CONSENT

Upon stipulation and agreement of Plaintiff W.E. Distribute LLC ("Plaintiff") and Defendant Great Basin, Inc. ("Defendant"), and the Court being fully advised,

**IT IS HEREBY ORDERED** that:

Defendant, its officers, directors, principals, servants, affiliates, employees, attorneys, agents, representatives, successors and assigns and all those who are in active concert or participation with any of them shall be and hereby are permanently enjoined from using United States Trademark with Registration No. 3,751,686 ("the NAUTICAL® mark"), or any colorable imitation or confusingly similar variation of the NAUTICAL® mark, in connection with the importation, shipping, promotion, advertisement, display, sale, offer for sale, manufacture, production, or distribution of any beverage product.

The undersigned parties hereby agree to the entry of the foregoing Permanent Injunction on Consent.

W.E. DISTRIBUTE, LLC

By: *[signature]*

Date: 7-15-10

GREAT BASIN, INC.

By: *[signature]*

Date: 7/29/10

AS TO FORM:

COUNSEL FOR PLAINTIFF

By: *[signature]*
Elizabeth Tedesco Milesnick
Stoll Stoll Berne Lokting & Shlachter P.C.

Date: July 19, 2010

COUNSEL FOR DEFENDANTS

By: *[signature]*
Robert Smith
Smith Freed & Eberhard

Date: Aug. 3, 2010

DATED August 16, 2010

IT IS SO ORDERED:

*[signature]*

Hon. Patricia Sullivan
United States Magistrate Judge